Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____ Illinois _____

In re __Roseatta Lawery__,   Case No. __07-20123__
           Debtor

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ ~~68.50~~ 0   Check one ☐ With the filing of the petition, or
                            ☐ On or before _____

   $ __68.50__ on or before __11/15/07__

   $ __68.50__ on or before __12/15/07__

   $ __68.50__ on or before __01/15/08__

   $ __68.50__ on or before __02/15/08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____   _____   /s/ Roseatta Lawery   10/30/07
Signature of Attorney            Date          Signature of Debtor   Date
                                               (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                               _____   _____
                                               Signature of Joint Debtor (if any)   Date

FILED OCT 30 2007 — UNITED STATES BANKRUPTCY COURT, DISTRICT OF ILLINOIS — KENNETH S. GARDNER, DEPUTY

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## _____ District Of \_\_\_\_Illinois\_\_\_\_

In re **Roseatta Lowery**,
Debtor

Case No. **07-20123**

Chapter **13**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one  ☐ With the filing of the petition, or
                                  ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **OCT 30 2007**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Court**

Kenneth S. Gardner Clerk of the Court