```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20123
    ROSEATTA SHERISE LOWERY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-5409

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/30/2007 and was not confirmed.

    The case was dismissed without confirmation 12/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                        PAID        PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE LLC     UNSECURED         1254.00         .00         .00
ASSET ACCEPTANCE LLC     UNSECURED         2199.12         .00         .00
HSBC TAXPAYER FINANCIAL  UNSECURED          662.93         .00         .00
CPS                      SECURED VEHIC     5360.00         .00         .00
SURETY FINANCE           UNSECURED       NOT FILED         .00         .00
COLUMBUS B&T GEORGIA     UNSECURED       NOT FILED         .00         .00
CREDIT PROTECTION        UNSECURED       NOT FILED         .00         .00
EMCC                     UNSECURED       NOT FILED         .00         .00
FIRST PREMIER BANK       UNSECURED       NOT FILED         .00         .00
GREAT AMERICN FINANCE    UNSECURED       NOT FILED         .00         .00
BALLYS TOTAL FITNESS     UNSECURED       NOT FILED         .00         .00
HORSESHOE CASINO         UNSECURED       NOT FILED         .00         .00
BENEFICIAL NATIONAL BANK UNSECURED       NOT FILED         .00         .00
CREDIT MANAGEMENT INC    UNSECURED       NOT FILED         .00         .00
TCF NATIONAL BANK        UNSECURED       NOT FILED         .00         .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED         .00         .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED         .00         .00
AVON PRODUCTS            UNSECURED       NOT FILED         .00         .00
ASPIRE                   UNSECURED       NOT FILED         .00         .00
LASALLE BANK             UNSECURED       NOT FILED         .00         .00
MERCHANTS INTERSTATE     UNSECURED       NOT FILED         .00         .00
AFFINITY CASH LOANS      UNSECURED       NOT FILED         .00         .00
WEST ASSET MANAGEMENT    UNSECURED       NOT FILED         .00         .00
AMERICAS FINANCIAL CHOIC UNSECURED       NOT FILED         .00         .00
TELETRACK                UNSECURED       NOT FILED         .00         .00
SEC OF STATE             UNSECURED       NOT FILED         .00         .00
CITY OF CHICAGO          UNSECURED       NOT FILED         .00         .00
HARVARD COLLECTION SERVI UNSECURED       NOT FILED         .00         .00
JVDB ASSOCIATES          UNSECURED       NOT FILED         .00         .00
MONTEREY FINANCIAL       UNSECURED       NOT FILED         .00         .00
PEOPLES GAS LIGHT & COKE UNSECURED       NOT FILED         .00         .00
AMERICAN FINANCIAL CHOIC UNSECURED       NOT FILED         .00         .00
CONSOLIDATED PUBLIC SERV UNSECURED       NOT FILED         .00         .00
CPS                      UNSECURED         6857.59         .00         .00
PRO SE DEBTOR            DEBTOR ATTY          .00                      .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 20123 ROSEATTA SHERISE LOWERY

```
TOM VAUGHN                      TRUSTEE                                        .00
DEBTOR REFUND                   REFUND                                         .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                             RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                             ---------------      ---------------
TOTALS                            .00                       .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
   Dated: 03/27/08                    /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```